USCA1 Opinion

 

 September 28, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1148 JAMES M. MOONEY, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF DEFENSE, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] ___________________ ___________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ___________________ James M. Mooney on brief pro se. _______________ Peter E. Papps, United States Attorney, on brief for ________________ appellee. __________________ __________________ Per Curiam. Pro se plaintiff James Mooney appeals __________ ___ __ the dismissal of his second complaint concerning his alleged wrongful termination from employment by the Department of Defense. This court affirmed the dismissal of Mooney's first complaint in a previous civil action, Mooney v. United States ______ _____________ Department of Defense, et al., slip op. 92-2409, (1st Cir. ______________________________ May 25, 1993). Inasmuch as Mooney again essentially challenges the Merit Systems Protection Board's action upholding his dismissal, the Federal Circuit Court of Appeals has exclusive jurisdiction over this action under 5 U.S.C. 7703(a)(1) and (b)(1). Accordingly, the judgment of the district court is affirmed.  _________ -2- 2